TROUTMAN SANDERS LLP
Michael K. Cassata, CA Bar No. 287928
michael.cassata@troutman.com
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: 415.477.5700
Facsimile: 415.477.5710

Attorneys for Defendant and Cross-Complainant
SOUTHWIRE COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY; TERRILL TRANSPORTATION, INC.; ALEX TERRILL; DEAN LEDFORD; and LENNY GROSS,<br><br>Plaintiffs,<br><br>v.<br><br>ESSEX ELECTRIC, a Division of Superior ESSEX/SUPERIOR ESSEX, INC. (SPX); ALPINE HOLDCO, INC.; ESSEX GROUP, INC.; SOUTHWIRE COMPANY, LLC; PLATT ELECTRIC SUPPLY, INC.; and DOES 1-25,<br><br>Defendants. | Case No. 2:18-cv-02650-JAM-EFB<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS REXEL USA, INC. AND SOUTHWIRE COMPANY, LLC** |
| AND RELATED CROSS ACTIONS | |

## STIPULATION

Whereas Plaintiff Arch Insurance Company, Plaintiff Terrill Transportation, Inc., Plaintiff Alex Terrill, Plaintiff Dean Ledford, Plaintiff Lenny Gross, Defendant Superior Essex Inc., Defendant Essex Group, Inc., and Defendant Alpine Holdco, Inc., and each of them, has agreed with Defendant Rexel USA, Inc. dba

Platt Electric Supply, Inc. for a dismissal of Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc. from the case without prejudice in exchange for a mutual waiver of costs and fees. Defendant Southwire Company, LLC has made no cross claim against Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc.;

Whereas Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc. has agreed to a dismissal of its cross claims against Defendant Superior Essex Inc., Defendant Essex Group, Inc., Defendant Southwire Company, LLC, and Defendant Alpine Holdco, Inc., and each of them, without prejudice in exchange for a mutual waiver of costs and fees;

Whereas Plaintiff Arch Insurance Company, Plaintiff Terrill Transportation, Inc., Plaintiff Alex Terrill, Plaintiff Dean Ledford, Plaintiff Lenny Gross, Defendant Superior Essex Inc., Defendant Essex Group, Inc., Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc., and Defendant Alpine Holdco, Inc., and each of them, has agreed with Defendant Southwire Company, LLC for a dismissal of Southwire Company, LLC from the case without prejudice in exchange for a mutual waiver of costs and fees;

Whereas Defendant Southwire Company, LLC has agreed to a dismissal of its cross claims against Defendant Superior Essex Inc., Defendant Essex Group, Inc., and Defendant Alpine Holdco, Inc., and each of them, without prejudice in exchange for a mutual waiver of costs and fees;

It is hereby stipulated by and between the parties that Defendant, Cross Complainant, and Cross Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc. will be dismissed without prejudice.

It is hereby stipulated by and between the parties that Defendant, Cross Complainant, and Cross Defendant Southwire Company, LLC will be dismissed without prejudice.

///

///

It is hereby stipulated by and between the parties that, if any party chooses to again name Rexel USA, Inc. dba Platt Electric Supply, Inc. and/or Southwire Company, LLC as a party to this lawsuit after their respective dismissals, Rexel USA, Inc. dba Platt Electric Supply, Inc. and Southwire Company, LLC's current counsel of record agree to accept service of said complaint/cross-claim on behalf of their respective clients. If Cross Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc. and Southwire Company, LLC are again named as parties after their dismissals, Cross Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc. and Southwire Company, LLC reserve the right to bring a pleadings challenge to any such pleadings as appropriate.

Dated: February _____, 2019    LAW OFFICES OF JEFFREY C. SPARKS

By: _signature on original_____
    Jeffrey C. Sparks
    Attorney for Plaintiffs
    ARCH INSURANCE COMPANY;
    TERRILL TRANSPORTATION, INC.;
    ALEX TERRILL; DEAN LEDFORD; and
    LENNY GROSS

Dated: February _____, 2019    TROUTMAN SANDERS LLP

By: _signature on original_____
    Michael K. Cassata
    Attorneys for Defendant
    SOUTHWIRE COMPANY, LLC

Dated: February _____, 2019    KLINDINST PC

By: _signature on original_____
    Ian Rambarran
    Kristin N. Blake
    Attorneys for Defendant
    REXEL USA, INC. dba PLATT
    ELECTRIC SUPPLY, INC.

| | |
|---|---|
| Dated: February \_\_\_\_\_, 2019 | CLAP MORONEY VUCINICH BEEMAN SCHELEY |
| | By: <u>signature on original</u><br>Christopher J. Beeman<br>Attorneys for Defendant<br>ALPINE HOLDCO, INC. |
| Dated: February \_\_\_\_\_, 2019 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
| | By: <u>signature on original</u><br>Vincent Castillo<br>Alexei Offil-Klein<br>Attorneys for Defendants<br>SUPERIOR ESSEX, INC. and ESSEX GROUP, INC. |

Based upon the stipulation of the parties, the Court hereby Orders Defendants, Cross Complainants and Cross Defendants Rexel USA, Inc. and Southwire Company, LLC dismissed from the action without prejudice.

DATED: February 13, 2019

*[signature]*

Edmund F. Brennan
United States Magistrate Judge